# Court of Appeals
# of the State of Georgia

ATLANTA, _December 13, 2012_

*The Court of Appeals hereby passes the following order:*

**A13D0149.  RODERICK HOWARD v. THE STATE.**

Roderick Howard was convicted of burglary.  This Court affirmed his conviction at *Howard v. State*, 227 Ga. App. 5 (488 SE2d 489) (1997).  Howard has filed an application in which he purports to challenge an order denying his motion for an out-of-time appeal.  However, there is no order subject to appeal to this Court contained in the application.  Moreover, the contentions raised by Howard in his motion were given due consideration and decided against him in his first appeal.  "He is not entitled to another bite at the apple by way of a second appeal." *Jackson v. State*, 273 Ga. 320 (540 SE2d 612) (2001).  Accordingly, this application is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _12/13/2012_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*